1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  Andrew M. McNaught (State Bar No. 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants KAISER FOUNDATION HOSPITALS,
   GEORGE HALVORSON, BETTIE COLES, RICHARD SIMMS,
6  PATRICIA HERNANDEZ, BRENDA ROBERTSON
   (erroneously sued as Brenda "Robinson"),
7  EARLENE PERSON, and YOLANDA CHAVEZ

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | MARCELLA TRAN,                          | ) | USDC Case No. C 07 4384 EDL
   |                                          | ) |
12 |         Plaintiff,                       | ) | **STIPULATION TO EXTEND TIME**
   |                                          | ) | **FOR DEFENDANTS KAISER**
13 |   vs.                                    | ) | **FOUNDATION HOSPITALS, GEORGE**
   |                                          | ) | **HALVORSON, BETTIE COLES,**
14 | GEORGE HALVORSON, CEO/CHAIRMAN,          | ) | **RICHARD SIMMS, PATRICIA**
   | KAISER FOUNDATION HOSPITALS,             | ) | **HERNANDEZ, BRENDA ROBERTSON**
15 | BETTIE COLES, RICHARD SIMMS;             | ) | **EARLENE PERSON, and YOLANDA**
   | PATRICIA HERNANDEZ; BRENDA               | ) | **CHAVEZ TO FILE RESPONSIVE**
16 | ROBINSON, MILTON AQUINO; EARLENE         | ) | **PLEADING(S)**
   | PERSON, YOLANDA CHAVEZ; SAL              | ) |
17 | CURSIO and DOES 1 through 20, Inclusive, | ) |
   |                                          | ) |
18 |         Defendants.                      | ) |
   |                                          | ) |

                                        1
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING / [LOCAL RULE 6-1]
                        CASE NO. C 07-4384 EDL

1  Pursuant to Local Rule 6-1, Plaintiff MARCELLA TRAN ("Plaintiff") and Defendants KAISER FOUNDATION HOSPITALS, GEORGE HALVORSON, BETTIE COLES, RICHARD SIMMS, PATRICIA HERNANDEZ, BRENDA ROBERTSON, EARLENE PERSON, and YOLANDA CHAVEZ ("Defendants") hereby stipulate to extend the time within which Defendants may file their responsive pleading(s) to, and including, September 12, 2007.

DATED:  September 4, 2007  LAW OFFICES OF CHARLES J. KATZ

*/s/ Charles J. Katz*
Charles J. Katz

Attorneys For Plaintiff MARCELLA TRAN

DATED:  September 4, 2007  SEYFARTH SHAW LLP

*/s/ Andrew M. McNaught*
Dana L. Peterson
Andrew M. McNaught

Attorneys For Defendants KAISER FOUNDATION HOSPITALS, GEORGE HALVORSON, BETTIE COLES, RICHARD SIMMS, PATRICIA HERNANDEZ, BRENDA ROBERTSON, EARLENE PERSON, AND YOLANDA CHAVEZ