1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  Andrew M. McNaught (State Bar No. 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants KAISER FOUNDATION HOSPITALS,
   GEORGE HALVORSON, BETTIE COLES, RICHARD SIMMS,
6  PATRICIA HERNANDEZ, BRENDA ROBERTSON
   (erroneously sued as Brenda "Robinson"),
7  EARLENE PERSON, and YOLANDA CHAVEZ

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 MARCELLA TRAN,                    ) USDC Case No. C 07 4384 PJH
                                     )
12         Plaintiff,                ) STIPULATION TO DISMISS
                                     ) INDIVIDUAL DEFENDANTS GEORGE
13    vs.                            ) HALVORSON, BETTIE COLES,
                                     ) RICHARD SIMMS, PATRICIA
14 GEORGE HALVORSON, CEO/CHAIRMAN,   ) HERNANDEZ, BRENDA ROBERTSON
   KAISER FOUNDATION HOSPITALS,      ) EARLENE PERSON, AND YOLANDA
15 BETTIE COLES, RICHARD SIMMS;      ) CHAVEZ WITHOUT PREJUDICE;
   PATRICIA HERNANDEZ; BRENDA        ) AND (PROPOSED) ORDER
16 ROBINSON, MILTON AQUINO; EARLENE  )
   PERSON, YOLANDA CHAVEZ; SAL       )
17 CURSIO and DOES 1 through 20, Inclusive, )
                                     )
18         Defendants.               )
                                     )
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING INDIVIDUAL DEFENDANTS,
WITHOUT PREJUDICE / CASE NO. C 07-4384 PJH

1 | The parties hereby agree and stipulate to dismiss, without prejudice, the following
2 | individual defendants from this action: GEORGE HALVORSON, BETTIE COLES, RICHARD
3 | SIMMS, PATRICIA HERNANDEZ, BRENDA ROBERTSON, EARLENE PERSON, and
4 | YOLANDA CHAVEZ.

5 | The parties further agree and stipulate that Defendant KAISER FOUNDATION
6 | HOSPITALS will not seek from plaintiff and her counsel attorneys' fees and/or costs associated
7 | in any respect with the stipulated dismissal of these individual defendants.

DATED: September 10, 2007

LAW OFFICES OF CHARLES J. KATZ

By _____
    Charles J. Katz

Attorneys for Plaintiff MARCELLA TRAN

DATED: September 10, 2007

SEYFARTH SHAW LLP

By _____
    Dana L. Peterson
    Andrew M. McNaught

Attorneys for Defendants KAISER FOUNDATION HOSPITALS, GEORGE HALVORSON, BETTIE COLES, RICHARD SIMMS, PATRICIA HERNANDEZ, BRENDA ROBERTSON, EARLENE PERSON, and YOLANDA CHAVEZ

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2007

By _____
   PHYLLIS J. HAMILTON
   United States District Court Judge

SF1 28300913.1 / 23815-900015

---

STIPULATION AND [PROPOSED] ORDER TO DISMISSING INDIVIDUAL DEFENDANTS,
WITHOUT PREJUDICE / CASE NO. C 07-4384 PJH

1