1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  Andrew M. McNaught (State Bar No. 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants KAISER FOUNDATION HOSPITALS,
   GEORGE HALVORSON, BETTIE COLES, RICHARD SIMMS,
6  PATRICIA HERNANDEZ, BRENDA ROBERTSON
   (erroneously sued as Brenda "Robinson"),
7  EARLENE PERSON, and YOLANDA CHAVEZ

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 MARCELLA TRAN,                    ) USDC Case No. C 07 4384 PJH
                                     )
12         Plaintiff,                ) STIPULATION TO DISMISS
                                     ) INDIVIDUAL DEFENDANTS GEORGE
13    vs.                            ) HALVORSON, BETTIE COLES,
                                     ) RICHARD SIMMS, PATRICIA
14 GEORGE HALVORSON, CEO/CHAIRMAN,   ) HERNANDEZ, BRENDA ROBERTSON
   KAISER FOUNDATION HOSPITALS,      ) EARLENE PERSON, AND YOLANDA
15 BETTIE COLES, RICHARD SIMMS;      ) CHAVEZ WITHOUT PREJUDICE;
   PATRICIA HERNANDEZ; BRENDA        ) AND (PROPOSED) ORDER
16 ROBINSON, MILTON AQUINO; EARLENE  )
   PERSON, YOLANDA CHAVEZ; SAL       )
17 CURSIO and DOES 1 through 20, Inclusive, )
                                     )
18         Defendants.               )

---

STIPULATION AND [PROPOSED] ORDER DISMISSING INDIVIDUAL DEFENDANTS,
WITHOUT PREJUDICE / CASE NO. C 07-4384 PJH

1  The parties hereby agree and stipulate to dismiss, without prejudice, the following
2  individual defendants from this action: GEORGE HALVORSON, BETTIE COLES, RICHARD
3  SIMMS, PATRICIA HERNANDEZ, BRENDA ROBERTSON, EARLENE PERSON, and
4  YOLANDA CHAVEZ.
5  The parties further agree and stipulate that Defendant KAISER FOUNDATION
6  HOSPITALS will not seek from plaintiff and her counsel attorneys' fees and/or costs associated
7  in any respect with the stipulated dismissal of these individual defendants.
8
9  DATED: September 10, 2007            LAW OFFICES OF CHARLES J. KATZ
10
11                                      By /s/ Charles J. Katz
12                                         Charles J. Katz
13                                      Attorneys for Plaintiff MARCELLA TRAN
14  DATED: September 10, 2007           SEYFARTH SHAW LLP
15
16                                      By /s/
                                           Dana L. Peterson
17                                         Andrew M. McNaught

18                                      Attorneys for Defendants KAISER
                                        FOUNDATION HOSPITALS, GEORGE
19                                      HALVORSON, BETTIE COLES, RICHARD
                                        SIMMS, PATRICIA HERNANDEZ, BRENDA
20                                      ROBERTSON, EARLENE PERSON, and
                                        YOLANDA CHAVEZ

21  IT IS SO ORDERED.                   **ORDER**
22
23  DATED: September 17, 2007

   **IT IS SO ORDERED**
   Judge Phyllis J. Hamilton
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

SF1 28300913 1 / 23815-900015

STIPULATION AND [PROPOSED] ORDER TO DISMISSING INDIVIDUAL DEFENDANTS,
WITHOUT PREJUDICE / CASE NO. C 07-4384 PJH