UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: November 29, 2007                             JUDGE: Phyllis J. Hamilton

Case No: C-07-4384 PJH

Case Name: Marcella Tran v. George Halvorson, et al.

Attorney(s) for Plaintiff:     Charles Katz
Attorney(s) for Defendant:     Andrew M. McNaught (Kaiser)

Deputy Clerk: Nichole Heuerman              Court Reporter: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held.

Plaintiff counsel's oral request to voluntarily dismiss defendant Milton Aquino and Sal Cursio is granted by the court. The only defendant remaining in the case is Kaiser Foundation Hospitals.

The parties have already been referred to private mediation which shall be completed by 3/14/08. The parties request to attend private mediation before setting a pretrial schedule is granted by the court. Discovery is open. The court sets a Further Case Management Conference on 4/3/08 at 2:30 p.m. No further case management conference statement needs to be filed unless new developments arise that the court should be made aware of.

**cc:** file; ADR