SEYFARTH SHAW LLP
Dana L. Peterson (State Bar No. 178499)
dpeterson@seyfarth.com
Andrew M. McNaught (State Bar No. 209093)
amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA TRAN,<br><br>              Plaintiff,<br><br>      vs.<br><br>GEORGE HALVORSON, CEO/CHAIRMAN, KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HOSPITALS; BETTIE COLES, RICHARD SIMMS; PATRICIA HERNANDEZ; BRENDA ROBINSON, MILTON AQUINO; EARLENE PERSON, YOLANDA CHAVEZ; SAL CURSIO and DOES 1 through 20, Inclusive,<br><br>              Defendants. | USDC Case No. 07 CV 4384 PJH<br><br>**NOTICE OF SETTLEMENT** |

     The Parties have reached an agreement to settle the case. A settlement agreement has been executed. Plaintiff will shortly file a notice of dismissal in accordance with the terms of the settlement agreement.

DATED: March 5, 2008                    SEYFARTH SHAW LLP

                                        /s/

                                By: _____
                                        Dana L. Peterson
                                        Andrew M. McNaught

                                        Attorneys for Defendant
                                        KAISER FOUNDATION HOSPITALS

1