1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  dpeterson@seyfarth.com
   Andrew M. McNaught (State Bar No. 209093)
3  amcnaught@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant KAISER FOUNDATION HOSPITALS

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 | MARCELLA TRAN,                         ) USDC Case No. 07 CV 4384 PJH
                                            )
12 |        Plaintiff,                      ) **STIPULATION TO CONTINUE CASE**
                                            ) **MANAGEMENT CONFERENCE AND**
13 |   vs.                                  ) **[PROPOSED] ORDER**
                                            )
14 | GEORGE HALVORSON, CEO/CHAIRMAN,        )
   KAISER FOUNDATION HOSPITALS;             )
15 | KAISER FOUNDATION HOSPITALS;           )
   BETTIE COLES, RICHARD SIMMS;             )
16 | PATRICIA HERNANDEZ; BRENDA             )
   ROBINSON, MILTON AQUINO; EARLENE         )
17 | PERSON, YOLANDA CHAVEZ; SAL            )
   CURSIO and DOES 1 through 20, Inclusive, )
18 |                                        )
            Defendants.                     )
19

20

21

22         IT IS HEREBY STIPULATED by and between Plaintiff MARECELLA TRAN and

23 Defendant KAISER FOUNDATION HOSPITALS, through their respective counsel of record,

24 that the Case Management Conference set for April 3, 2008 be continued for 30 days. The

25 parties have executed a settlement agreement, and will file a Stipulated Dismissal with Prejudice

26 within 30 days of the April 3, 2008 Case Management Conference Date.

27

28
                                               1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER/CASE NO.
                                           4384 PJH

DATED: March 26, 2008.

SEYFARTH SHAW LLP

By: _____/s/_____
Dana L. Peterson
Andrew M. McNaught

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

DATED: March 26, 2008.

LAW OFFICES OF CHARLES J. KATZ

By: _____/s/_____
Charles J. Katz

Attorneys for Plaintiff
MARCELLA TRAN

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
United States District Court Judge