1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  dpeterson@seyfarth.com
   Andrew M. McNaught (State Bar No. 209093)
3  amcnaught@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant KAISER FOUNDATION HOSPITALS

7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 | MARCELLA TRAN,                           ) USDC Case No. 07 CV 4384 PJH
                                              )
12 |        Plaintiff,                        ) **STIPULATION TO CONTINUE CASE**
                                              ) **MANAGEMENT CONFERENCE AND**
13 |   vs.                                    ) [~~PROPOSED~~] **ORDER**
                                              )
14 | GEORGE HALVORSON, CEO/CHAIRMAN,          )
   | KAISER FOUNDATION HOSPITALS;             )
15 | KAISER FOUNDATION HOSPITALS;             )
   | BETTIE COLES, RICHARD SIMMS;             )
16 | PATRICIA HERNANDEZ; BRENDA               )
   | ROBINSON, MILTON AQUINO; EARLENE         )
17 | PERSON, YOLANDA CHAVEZ; SAL              )
   | CURSIO and DOES 1 through 20, Inclusive, )
18 |                                          )
   |        Defendants.                       )
19

20

21

22        IT IS HEREBY STIPULATED by and between Plaintiff MARECELLA TRAN and

23 Defendant KAISER FOUNDATION HOSPITALS, through their respective counsel of record,

24 that the Case Management Conference set for April 3, 2008 be continued for 30 days. The

25 parties have executed a settlement agreement, and will file a Stipulated Dismissal with Prejudice

26 within 30 days of the April 3, 2008 Case Management Conference Date.

27

28

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER/CASE NO.
4384 PJH

DATED: March 26, 2008.                                    SEYFARTH SHAW LLP


                                                          By:  /s/
                                                              Dana L. Peterson
                                                              Andrew M. McNaught

                                                          Attorneys for Defendant
                                                          KAISER FOUNDATION HOSPITALS


DATED: March 26, 2008.                                    LAW OFFICES OF CHARLES J. KATZ


                                                          By:  /s/
                                                              Charles J. Katz

                                                          Attorneys for Plaintiff
                                                          MARCELLA TRAN

### ORDER

IT IS SO ORDERED.

DATED: 3/28/08

United Sta[tes]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO MAY 8, 2008 AT 2:30 P.M.