1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  dpeterson@seyfarth.com
   Andrew M. McNaught (State Bar No. 209093)
3  amcnaught@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant KAISER FOUNDATION HOSPITALS

7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11 | MARCELLA TRAN,                          ) USDC Case No. 07 CV 4384 PJH
                                             )
12 |         Plaintiff,                      ) **STIPULATION FOR DISMISSAL**
                                             ) **WITH PREJUDICE AND [PROPOSED]**
13 |   vs.                                   ) **ORDER**
                                             )
14 | GEORGE HALVORSON, CEO/CHAIRMAN,         )
   | KAISER FOUNDATION HOSPITALS;            )
15 | KAISER FOUNDATION HOSPITALS;            )
   | BETTIE COLES, RICHARD SIMMS;            )
16 | PATRICIA HERNANDEZ; BRENDA              )
   | ROBINSON, MILTON AQUINO; EARLENE        )
17 | PERSON, YOLANDA CHAVEZ; SAL             )
   | CURSIO and DOES 1 through 20, Inclusive,)
18 |                                         )
   |         Defendants.                     )
19

20

21

22       IT IS HEREBY STIPULATED by and between Plaintiff MARECELLA TRAN and

23 Defendant KAISER FOUNDATION HOSPITALS, through their respective counsel of record,

24 that Plaintiff's entire complaint and all causes of action are dismissed WITH PREJUDICE. Each

25 party will bear its own attorneys' fees and costs of suit.

26

27

28

| | | |
|---|---|---|
| 1 | DATED: April 16, 2008. | SEYFARTH SHAW LLP |

By: _____/s/_____
Dana L. Peterson
Andrew M. McNaught

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

DATED: April 16, 2008.                                  LAW OFFICES OF CHARLES J. KATZ

By: _____/s/_____
Charles J. Katz

Attorneys for Plaintiff
MARCELLA TRAN

**ORDER**

IT IS SO ORDERED.

DATED: _____    _____
United States District Court Judge

2

SF1 28318838.1   STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER/CASE NO. 4384 PJH