1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  dpeterson@seyfarth.com
   Andrew M. McNaught (State Bar No. 209093)
3  amcnaught@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant KAISER FOUNDATION HOSPITALS

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 | MARCELLA TRAN,                          ) USDC Case No. 07 CV 4384 PJH
                                             )
12 |         Plaintiff,                      ) **STIPULATION FOR DISMISSAL**
                                             ) **WITH PREJUDICE AND [PROPOSED]**
13 |   vs.                                   ) **ORDER**
                                             )
14 | GEORGE HALVORSON, CEO/CHAIRMAN,         )
   | KAISER FOUNDATION HOSPITALS;            )
15 | KAISER FOUNDATION HOSPITALS;            )
   | BETTIE COLES, RICHARD SIMMS;            )
16 | PATRICIA HERNANDEZ; BRENDA              )
   | ROBINSON, MILTON AQUINO; EARLENE        )
17 | PERSON, YOLANDA CHAVEZ; SAL             )
   | CURSIO and DOES 1 through 20, Inclusive,)
18 |                                         )
   |         Defendants.                     )
19

20

21         IT IS HEREBY STIPULATED by and between Plaintiff MARECELLA TRAN and

22  Defendants KAISER FOUNDATION HOSPITALS, GEORGE HALVORSON, BETTIE

23  COLES, RICHARD SIMMS, PATRICIA HERNANDEZ, BRENDA ROBERTSON

24  (erroneously sued as Brenda "Robinson"), EARLENE PERSON AND YOLANDA CHAVEZ,

25  through their respective counsel of record, that Plaintiff's entire complaint and all causes of

26  action therein are dismissed WITH PREJUDICE. Each party will bear its own attorneys' fees

27  and costs of suit.

28

DATED: April 21, 2008.

SEYFARTH SHAW LLP

By: _____/s/_____
    Dana L. Peterson
    Andrew M. McNaught

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

DATED: April 21, 2008.

LAW OFFICES OF CHARLES J. KATZ

By: _____/s/_____
    Charles J. Katz

Attorneys for Plaintiff
MARCELLA TRAN

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
United States District Court Judge