1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
2  dpeterson@seyfarth.com
   Andrew M. McNaught (State Bar No. 209093)
3  amcnaught@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant KAISER FOUNDATION HOSPITALS

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | MARCELLA TRAN,                        ) USDC Case No. 07 CV 4384 PJH
                                           )
12 |     Plaintiff,                        ) **STIPULATION FOR DISMISSAL**
                                           ) **WITH PREJUDICE AND [**~~PROPOSED~~**]**
13 | vs.                                   ) **ORDER**
                                           )
14 | GEORGE HALVORSON, CEO/CHAIRMAN,       )
   | KAISER FOUNDATION HOSPITALS;          )
15 | KAISER FOUNDATION HOSPITALS;          )
   | BETTIE COLES, RICHARD SIMMS;          )
16 | PATRICIA HERNANDEZ; BRENDA            )
   | ROBINSON, MILTON AQUINO; EARLENE      )
17 | PERSON, YOLANDA CHAVEZ; SAL           )
   | CURSIO and DOES 1 through 20, Inclusive, )
18 |                                       )
   |     Defendants.                       )
19 | _____

20

21     IT IS HEREBY STIPULATED by and between Plaintiff MARECELLA TRAN and

22 Defendants KAISER FOUNDATION HOSPITALS, GEORGE HALVORSON, BETTIE

23 COLES, RICHARD SIMMS, PATRICIA HERNANDEZ, BRENDA ROBERTSON

24 (erroneously sued as Brenda "Robinson"), EARLENE PERSON AND YOLANDA CHAVEZ,

25 through their respective counsel of record, that Plaintiff's entire complaint and all causes of

26 action therein are dismissed WITH PREJUDICE. Each party will bear its own attorneys' fees

27 and costs of suit.

28

1

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER/CASE NO. 4384 PJH

DATED: April 21, 2008.                              SEYFARTH SHAW LLP

                                                    By: _____/s/_____
                                                        Dana L. Peterson
                                                        Andrew M. McNaught

                                                    Attorneys for Defendant
                                                    KAISER FOUNDATION HOSPITALS

DATED: April 21, 2008.                              LAW OFFICES OF CHARLES J. KATZ

                                                    By: _____/s/_____
                                                        Charles J. Katz

                                                    Attorneys for Plaintiff
                                                    MARCELLA TRAN

**ORDER**

IT IS SO ORDERED.

DATED:   4/25/08

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Phyllis J. Hamilton]*

---

SF1 28318838.1   STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER/CASE NO. 4384 PJH

2